IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**FREDERICK SIMS**                                                                                     **PLAINTIFF**

v.                            No. 3:24-cv-69-DPM

**STATE OF ARKANSAS and ARKANSAS
DEPARTMENT OF HUMAN SERVICES**                                   **DEFENDANT**

ORDER

Joint motion, *Doc. 16*, noted. It's unclear whether the parties negotiated the attorney's fees and costs separately from the merits and when they resolved those non-merits issues. That step is required. *Barbee v. Big River Steel*, LLC, 927 F.3d 1024, 1027 n.1 (8th Cir. 2019); *Vines v. Welspun Pipes Inc.*, 9 F.4th 849, 853–54 (8th Cir. 2021). Clarifying papers due by 28 March 2025.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 March 2025