IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FREDERICK SIMS                                                      PLAINTIFF

v.                          No. 3:24-cv-69-DPM

STATE OF ARKANSAS and ARKANSAS
DEPARTMENT OF HUMAN SERVICES               DEFENDANT

## ORDER

     Clarifying notice, *Doc. 18*, appreciated.  The parties don't need the Court's approval to settle Sims's Title VII claims.  No fee-related issues are presented.  The joint motion to approve their settlement, *Doc. 16*, is therefore denied without prejudice as moot.  This case will be dismissed with prejudice, but the Court will retain jurisdiction for a time to enforce the parties' settlement.  Final Judgment will issue.

     So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 April 2025