IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**FREDERICK SIMS**  PLAINTIFF

v.  No. 3:24-cv-69-DPM

**STATE OF ARKANSAS and ARKANSAS
DEPARTMENT OF HUMAN SERVICES**  DEFENDANT

## JUDGMENT

Sims's complaint is dismissed with prejudice. The Court retains jurisdiction until 27 May 2025 to enforce the parties' settlement.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 April 2025